IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**MARLUNTAY BROWNLEE**
*Individually and as next friend of L.B, a minor;*
*Z.B., a minor; and A.C., a minor,* **et al.**                                                            **PLAINTIFFS**

**v.**                                                                                  **CASE NO: 3:18-cv-272-SA-JMV**

**THE MISSISSIPPI DEPARTMENT**
**OF PUBLIC SAFETY, et al.**                                                           **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

Defendants, the Mississippi Department of Public Safety and Milton Williams, individually and officially, have moved to dismiss all the claims asserted against them in the above-styled case on several bases, including, but not limited to, sovereign immunity, lack of jurisdiction, and qualified immunity.

Under Rule 16(b)(3)(B) of the Local Uniform Civil Rules of the United States District Courts for the Northern and the Southern Districts of Mississippi, "[f]iling a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal."

**ACCORDINGLY, IT IS ORDERED** that the proceedings enumerated in L.U.Civ.R. 16(b)(3)(B) are stayed pending a ruling on Defendants' motions to dismiss.

This, the 26th day of February, 2019.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE